# United States Bankruptcy Court
### Eastern District of New York

In re  **Habib H. Tawil**  
Debtor(s)

Case No.  
Chapter **11**

## **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **September 26, 2025**    **/s/ Habib H. Tawil**  
**Habib H. Tawil**  
Signature of Debtor

Date: **September 26, 2025**    **/s/ Scott S. Markowitz, Esq.**  
Signature of Attorney  
**Scott S. Markowitz, Esq. (SSM-0849)**  
**Tarter Krinsky & Drogin LLP**  
**1350 Broadway**  
**11th Floor**  
**New York, NY 10018**  
**(212) 216-8000   Fax: (212) 216-8001**

Tawil, Habib -

Bridgecrest
7465 East Hampton Ave
Mesa, AZ 85209

Columbia Capital Co.
60 East 42nd Street
46th Floor
New York, NY 10165

Eric Landau
2024 East 64th Street
Brooklyn, NY 11234

Internal Revenue Service
2 Metrotech Center, 6th F
100 Myrtle Avenue
Brooklyn, NY 11201

Joseph Lazarus
Renah Lazarus
149 Plymouth - Building T
West Palm Beach, FL 33417

JPMCB Auto
700 Kansas Ln
Monroe, LA 71203

Lily Tawil
1762 East 5th Street
Brooklyn, NY 11223

Lily Tawil
1762 East 5th Street
Brooklyn, NY 11223

Lily Tawil
1762 East 5th Street
Brooklyn, NY 11223

Meir Hillel
761 Palmer Avenue
2nd Floor
Holmdel, NJ 07733

Tawil, Habib -

National Grid
One Metrotech Center
Brooklyn, NY 11201

Norman Balasiano
239 South Lincoln Ave
Long Branch, NJ 07740

NYS Dept. of Tax & Fin.
W A Harriman Campus
Albany, NY 12227-0841

Sam Cohen
79 Gerard Avenue
West Long Branch, NJ 07764

Synchrony Bank
PO BOX 71715
Philadelphia, PA 19176